```
Jonathan M. Cohen (SBN: 168207)
Laura J. Clark (SBN: 209028)
WINSTON & STRAWN LLP
101 California Street, 39th Floor
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:     415-591-1400
Email: jcohen@winston.com;
ljclark@winston.com

Attorneys for Defendant
SOLSTICE MANAGEMENT, LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

*E-FILED - 4/19/07*

| | |
|---|---|
| The 2M Group, Inc., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Solstice Management, LLC, a Delaware limited liability company and Does 1 through 10 inclusive,<br><br>    Defendants. | Case No. C07 00136 RMW PVT<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE<br><br><br><br>Judge: Hon. Ronald M. Whyte |

Plaintiff The 2M Group, Inc. ("2M") and Defendant Solstice Management, LLC, ("Solstice"), by and through their counsel, hereby stipulate to the following:

WHEREAS, the Court's Case Management Conference is scheduled for April 20, 2007 at 10:30 a.m.;

WHEREAS, on April 10, 2007, Solstice filed a Motion to Dismiss pursuant to Rule 12(b)(1) and said motion was scheduled for hearing on May 18, 2007 at 1:30 p.m.;

WHEREAS, the Court is unable to hear the motion until June 1, 2007 at the earliest;

NOW THEREFORE, it is agreed as followed:

That the Court conduct the Case Management Conference not less than 30 days after Defendant's Motion to Dismiss is heard, or as soon thereafter as practicable for the Court.

IT IS SO STIPULATED.

Dated: 4/18/07

WINSTON & STRAWN LLP

By _Laura J. Clark_
Jonathan M. Cohen
Laura J. Clark
Attorneys for Defendant
Solstice Management, LLC.

Dated: 4/18/07

FREUND & BRACKEY LLP

By _____
Thomas A. Brackey II
Derek S. Lemkin
Attorneys for Plaintiff
The 2M Group, Inc.

///
///
///
///

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

---

1
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE;
CASE NO. C07 00136 RMW PVT

1    **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** as follows:

2      1.    The Court's Case Management conference is rescheduled to ___June 29___, 2007

3 at _____10:30 A_.M.

5 Dated: __4/19/07__

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

11 SF:159549.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894