UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/6/07*

The 2M Group Inc., a California Corp.; The
2M Group, a California general partnership

        Plaintiff(s),

v.

Solstice Management, LLC, a Delaware
limited liability company and Does 1-10

        Defendant(s).
_____/

CASE NO. C07 00136 RMW PVT

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 6/26/07

Dated: 6/25/07

Attorney for Plaintiff

Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
✓    Mediation
    Private ADR

Deadline for ADR session
✓    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: 8/6/07

*Ronald M. Whyte*

UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 427 North Camden Drive, Beverly Hills, CA 90210.

On June 26, 2007, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the below listed parties/counsel in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Jonathan M. Cohen
Laura J. Clark
WINSTON & STRAWN LLP
101 California Street
39th Floor
San Francisco, CA 94111-5894
jcohen@winston.com
ljclark@winston.com

[X]   **BY MAIL:** I deposited such envelope into the Freund & Brackey LLP office mail at Beverly Hills, California. I am readily familiar with Freund & Brackey LLP's practice of collection and processing correspondence for mailing. Under that practice, in the ordinary course of business, the mail is affixed with postage thereon fully prepaid and deposited with the U.S. postal service in Beverly Hills, California on the same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[X]   **BY ELECTORNIC MAIL:** I caused such documents to be delivered by electronic mail to the email addresses of the addressee.

[ ]   **BY FACSIMILE MACHINE:** The foregoing document was transmitted to the above-named persons by facsimile transmission from (310) 247-2190 before 5:00 p.m. on said date and the transmission was reported as complete and without error.

[X]   **(FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 26, 2007, at Beverly Hills, California.

Vanessa V. Brown                     /s/ Vanessa V. Brown
Type or Print Name                   Signature