FREUND & BRACKEY LLP
Thomas A. Brackey II (SBN 162279)
        tbrackey@freundandbrackey.com
Derek S. Lemkin (SBN 238462)
        dlemkin@freundandbrackey.com
427 North Camden Drive
Beverly Hills, CA 90210
Tel: 310-247-2165
Fax: 310-247-2190

Attorneys for Plaintiffs,
THE 2M GROUP, INC. and THE 2M GROUP.

*E-FILED - 2/25/08*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE 2M GROUP INC., a California corporation; THE 2M GROUP, a California general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLSTICE MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 10 inclusive,<br><br>Defendants.<br><br>_____<br><br>AND COUNTERCLAIMS<br><br>_____ | Case No: C07 00136 RMW PVT<br><br>**STIPULATION TO SUBMIT PLAINTIFFS' MEMBERSHIP AGREEMENT CLAIM TO BINDING ARBITRATION AND TO DISMISS WITH PREJUDICE THE ACTION AND COUNTERCLAIMS IN THEIR ENTIRETY PURSUANT TO FRCP 41(a) and (c);** [XXXXXXXXXXXXXX] **ORDER**<br><br>Filed:  January 9, 2007<br>Trial:   April, 21, 2008<br><br>Judge:  Hon. Ronald M. Whyte |

Freund & Brackey LLP
427 North Camden Drive
Beverly Hills, CA 90210

1

STIPULATION TO ARBITRATE AND DISMISS WITH PREJUDICE

WHEREAS, on January 9, 2007, the 2M Group ("2MP") and the 2M Group, Inc. ("2MI") filed a lawsuit in the San Jose Division of the United States District Court for the Northern District of California (Case No. C07 00136 RMW PVT)) (the "Action") naming Solstice Management, LLP ("Solstice") as a Defendant;

WHEREAS, the First Amended Complaint in the Action alleges three causes of action: (i) copyright infringement (the "Copyright Claim"); (ii) breach of contract for Solstice's alleged breach of the Compensation Agreement, as said term is defined in the First Amended Complaint (the "Compensation Agreement Claim"), and (iii) breach of contract for Solstice's alleged breach of the Membership Agreement, as said term is defined in the First Amended Complaint (the "Membership Agreement Claim");

WHEREAS, Solstice filed counterclaims against 2MP and 2MI alleging causes of action for breach of contract, breach of implied covenant of good faith, intentional interference with economic relations, negligent interference with economic relations, fraud and deceit, and negligent misrepresentation of fact;

WHEREAS, Solstice intended to file, but as of the Effective Date did not file, a Third Party Complaint in the Action naming Meg Goodman and Vivari Group PLC and/or Vivari Management Limited as Third Party Defendants;

WHEREAS, the Parties have settled all claims, counterclaims and third party claims except the Membership Agreement Claim;

WHEREAS, the Parties agree submit the Membership Agreement Claim to binding arbitration;

WHEREAS, the Solstice club membership at issue in the Membership Agreement Claim is jointly owned by Meg Goodman and Michael Koskie;

NOW THEREFORE,

IT IS HEREBY STIPULATED by and between Plaintiffs THE 2M GROUP, INC. and THE 2M GROUP and Defendant SOLSTICE MANAGEMENT, LLC and

Freund & Brackey LLP
427 North Canaan Drive

2

STIPULATION TO ARBITRATE AND DISMISS WITH PREJUDICE



Meg Goodman and Michael Koskie, individually and through their counsel of record as follows:

    1.    The Membership Agreement Claim shall be submitted to binding arbitration to be completed by April 30, 2008, with JAMS in San Francisco, California;

    2.    Said JAMS Arbitration shall proceed before one (1) mutually agreed upon neutral arbitrator and be governed by the JAMS Comprehensive Arbitration Rules and Procedures;

    3.    The cost of said JAMS Arbitration shall be split equally between 2M and Solstice, provided that the cost of said JAMS Arbitration shall be subject to reimbursement according the provision of the Membership Agreement pertaining to costs and attorney's fees;

    4.    Discovery shall remain open until the date of the arbitration hearing;

    5.    The Parties shall endeavor to schedule any and all requested depositions on a mutually convenient date prior to the arbitration hearing;

    6.    The Action brought by Plaintiffs THE 2M GROUP, INC. and THE 2M GROUP is dismissed in its entirety with prejudice;

    7.    The Counterclaims brought by Defendant SOLSTICE MANAGEMENT, LLC are dismissed in their entirety with prejudice; and

    8.    This Court shall retain jurisdiction for the purposes of enforcement of the Settlement Agreement between THE 2M GROUP, INC., THE 2M GROUP and SOLSTICE MANAGEMENT, LLC and to confirm the JAMS Arbitration award, if any.

    The dismissals are made pursuant to Rule 41(a) and (c) of the Federal Rules of Civil Procedure.

STIPULATION TO ARBITRATE AND DISMISS WITH PREJUDICE

Freund & Brackey LLP
427 North Camden Drive

SO STIPULATED.

THE 2M GROUP, INC.                    THE 2M GROUP

_____              _____
Signature                            Michael Koskie,
                                     General Partner

M. Koskie                            Date    2.01.08
_____              _____
Print                                Date

CEO
_____              _____
Title                                Margaret Goodman,
                                     General Partner

2.01.08                              2.8.08
_____              _____
Date                                 Date


SOLSTICE MANAGEMENT, LLC

_____              MANAGER
Signature                            _____
                                     Title

GRAHAM KOS                           2/6/08
_____              _____
Print                                Date


DATED:    January ___, 2008


                                     _____
DATED:    January ___, 2008          Meg Goodman, individually


                                     _____
                                     Michael Koskie, individually

STIPULATION TO ARBITRATE AND DISMISS WITH PREJUDICE

Freund & Brackey LLP
427 North Camden Drive

DATED: January 2/1/08, 2008

FREUND & BRACKEY LLP

By: _____
Thomas A. Brackey II,
Derek S. Lemkin,
Attorneys for Plaintiffs THE 2M
GROUP, INC. and THE 2M
GROUP., Meg Goodman,
individually and Michael
Koskie, individually

DATED: January 2/15/08, 2008

WINSTON & STRAWN LLP

By: _____
Jonathan M. Cohen,
Laura J. Clark,
Attorneys for Defendant,
SOLSTICE MANAGEMENT,
LLC.

5

STIPULATION TO ARBITRATE AND DISMISS WITH PREJUDICE

1      xxxxxxxxxxxxxxxxxx **ORDER**

2          Having considered the Stipulation filed by Plaintiffs THE 2M GROUP, INC.

3   and THE 2M GROUP and Defendant SOLSTICE MANAGEMENT, LLC To

4   Submit Plaintiffs' Membership Agreement To Binding Arbitration and To Dismiss

5   With Prejudice the Action and the Counterclaims In Their Entirety, the Court hereby

6   Orders as follows:

7          1.      Plaintiffs claim for breach of contract for Solstice's alleged breach of

8   the Membership Agreement, as said term is defined in the First Amended Complaint

9   (the "Membership Agreement Claim") shall be submitted to binding arbitration with

10  JAMS in San Francisco, California, said Arbitration to be completed by April 30,

11  2008;

12         2.      Said JAMS Arbitration shall proceed before one (1) mutually agreed

13  upon neutral arbitrator and be governed by the JAMS Comprehensive Arbitration

14  Rules;

15         3.      The cost of said JAMS Arbitration shall be split equally between 2M

16  and Solstice, provided that the cost of said JAMS Arbitration shall be subject to

17  reimbursement according the provision of the Membership Agreement pertaining to

18  costs and attorney's fees;

19         4.      Discovery shall remain open until the date of the arbitration hearing;

20         5.      The Parties shall endeavor to schedule any and all requested

21  depositions on a mutually convenient date prior to the arbitration hearing;

22         6.      The action filed by Plaintiffs THE 2M GROUP, INC. and THE 2M

23  GROUP is dismissed in its entirety, with prejudice;

24         7.      The Counterclaims filed by Defendant SOLSTICE MANAGEMENT,

25  LLC are dismissed in their entirety, with prejudice;

26         8.      This Court shall retain jurisdiction for the purposes of enforcement of

27  the Settlement Agreement between THE 2M GROUP, INC., THE 2M GROUP and

28

Freund & Brackey LLP
427 North Camden Drive

STIPULATION TO ARBITRATE AND DISMISS WITH PREJUDICE

SOLSTICE MANAGEMENT, LLC and to confirm the JAMS Arbitration award, if any.

IT IS FURTHER ORDERED:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

IT IS SO ORDERED.

Dated: 2/22/08 _____

*Ronald M. Whyte*

Ronald M. Whyte,
United States District Judge

STIPULATION TO ARBITRATE AND DISMISS WITH PREJUDICE

Freund & Brackey LLP
427 North Camden Drive
Beverly Hills, CA 90210

PAGE 15/15 * RCVD AT 2/6/2008 4:51:28 PM [Pacific Standard Time] * SVR:WSSFRF01/3 * DNIS:3 * CSID:415 789 1112 * DURATION (mm-ss):06-46