```
1   FREUND & BRACKEY LLP
    Thomas A. Brackey II (SBN 162279)
2          tbrackey@freundandbrackey.com
    Stephen P. Crump (SBN 251712)
3          scrump@freundandbrackey.com
4   427 North Camden Drive
    Beverly Hills, CA 90210
5   Tel: 310-247-2165
    Fax: 310-247-2190
6
7   Attorneys for Plaintiffs,
    THE 2M GROUP, INC. and THE 2M GROUP.
8
```

*E-FILED - 5/14/08*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE 2M GROUP INC., a California corporation; THE 2M GROUP, a California general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLSTICE MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 10 inclusive,<br><br>Defendants.<br>_____<br>AND COUNTERCLAIMS | Case No: C07 00136 RMW PVT<br><br><br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE ARBITRATION<br><br>Judge: Hon. Ronald M. Whyte |

1

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE ARBITRATION

1  Plaintiffs and Counterdefendants THE 2M GROUP, INC. ("2MI") and THE 2M GROUP
2  ("2MP") (hereinafter referred to collectively as "2M") and Defendant and Counterclaimant
3  SOLSTICE MANAGEMENT, LLC ("SOLSTICE"), by and through their counsel, hereby
4  stipulate to the following:
5  WHEREAS, the Parties have settled all claims, counterclaims and third party claims
6  except for 2M's claim for breach of contract for SOLSTICE's alleged breach of the Membership
7  Agreement, as said term is defined in the First Amended Complaint (the "Membership Agreement
8  Claim");
9  WHEREAS, the Parties previously stipulated to submit the Membership Agreement Claim
10 to binding arbitration to be completed by April 30, 2008, which was a component of an Order
11 entered by this Court on February 22, 2008;
12 WHEREAS, the Parties duly appeared for binding arbitration before Retired Judge Read
13 Ambler on April 28, 2008 at Winston & Strawn, LLP in San Francisco, California, but were
14 unable to complete the arbitration by the end of the day;
15 WHEREAS, Judge Ambler scheduled the conclusion of the arbitration hearing for June 3,
16 2008;
17 NOW THEREFORE, it is agreed as follows:
18 That the Court vacate its Order only insofar as it requires Parties to complete binding
19 arbitration by April 30, 2008 and enter an Order requiring the Parties to complete binding
20 arbitration by June 15, 2008.
21 IT IS SO STIPULATED.

23 DATED:     May 7, 2008                    FREUND & BRACKEY LLP

                                            By:_____
                                            Thomas A. Brackey II,
                                            Stephen P. Crump,
                                            Attorneys for Plaintiffs
                                            THE 2M GROUP, INC. and THE 2M
                                            GROUP

PAGE 4/4 * RCVD AT 5/5/2008 11:21:35 AM [Pacific Daylight Time] * SVR:WSSFRB01/3 * DNIS:3 * CSID:3102472190 * DURATION (mm-ss):02-14

1  DATED:    May 6, 2008                        WINSTON & STRAWN LLP

                                         By: _Laura J. Clark_
                                         Jonathan M. Cohen,
                                         Laura J. Clark,
                                         Attorneys for Defendant
                                         SOLSTICE MANAGEMENT, LLC

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED as follows:

1. The previous Order of February 25, 2008 is vacated only insofar as it required the Parties to complete binding arbitration by April 30, 2008;

2. The Parties shall complete binding arbitration by June 15, 2008.

Dated: 5/14/08                           _Ronald M. Whyte_
                                         The Honorable Ronald M. Whyte
                                         United States District Court Judge