**E-FILED on** __12/16/08__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The 2M GROUP, INC., a California Corporation; The 2M Group, a California general partnership<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Solstice Management, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No. C-07-00136 RMW<br><br>ORDER CONTINUING HEARING ON MOTION TO CONFIRM ARBITRATION AWARD<br><br>**[Re Docket No. 34, 38, 43]** |

　　　The 2M Group, Inc. ("2M Group") moved to confirm its arbitration award on November 11, 2008. That motion is presently set for hearing on December 19, 2008. On November 26, 2008, Solstice Management, LLC ("Solstice") opposed the motion to confirm the award and filed concurrently a motion to vacate the arbitration award, noticed for hearing on January 16, 2008. Because Solstice's motion to vacate challenges the award's validity, the court will hear the two motions simultaneously.

　　　The hearing on 2M Group's motion to confirm the arbitration award is therefore continued to January 16, 2009 at 9:00a.m..

ORDER CONTINUING HEARING ON MOTION TO CONFIRM ARBITRATION AWARD—No. C-07-00136 RMW
JAS

1   2M Group's *ex parte* motion to shorten time to hear a motion to add Michael Koskie and
2   Meg Goodman as plaintiffs is denied. However, the motion to add Michael Koskie and Meg
3   Goodman as plaintiffs shall also be heard on January 16, 2009.

6   DATED:    12/16/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Thomas Allen Brackey , II          tbrackey@freundandbrackey.com
   Derek Scott Lemkin                 dlemkin@freundandbrackey.com
4
   **Counsel for Defendants:**
5
   Jonathan M. Cohen                  jcohen@winston.com
6  Laura J. Clark                     ljclark@winston.com

7
   Counsel are responsible for distributing copies of this document to co-counsel that have not
8  registered for e-filing under the court's CM/ECF program.

9

10

11  **Dated:**     12/16/08                              /s/ JAS
                                                **Chambers of Judge Whyte**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING HEARING ON MOTION TO CONFIRM ARBITRATION AWARD—No. C-07-00136 RMW
JAS                                                 3