FREUND & BRACKEY LLP
Thomas A. Brackey II (SBN 162279)
Derek S. Lemkin (SBN 238462)
427 North Camden Drive
Beverly Hills, CA 90210
tbrackey@freundandbrackey.com
dlemkin@freundandbrackey.com
Tel: 310-247-2165
Fax: 310-247-2190

Attorneys for Plaintiffs,
THE 2M GROUP, INC.,
THE 2M GROUP.

**E-Filed 1/23/09**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE 2M GROUP INC., a California corporation; THE 2M GROUP, a California general partnership, <br><br> Plaintiffs, <br><br> vs. <br><br> SOLSTICE MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No: C07 00136 RMW PVT <br><br> [~~PROPOSED~~] JUDGMENT <br><br> Judge: Hon. Jeremy Fogel <br> Dept.: Courtroom 3, 5th Floor |

Pursuant to this Court's Order Granting Plaintiffs' Petition to Confirm Arbitration Award and Granting Plaintiffs' Motion to Add Michael Koskie and Meg Goodman as Plaintiffs, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment shall be entered in favor of Plaintiffs 2M GROUP ("2MP"), MICHAEL KOSKIE and MEG GOODMAN and against Defendant SOLSTICE

1

MANAGEMENT, LLC as follows:

1. Plaintiffs 2MP, MEG GOODMAN and MICHAEL KOSKIE shall recover $620,000.00 pursuant to the Membership Agreement, plus interest thereon at the legal rate from December 16, 2006, which amount was found to be $115,025.56 through the date of the Final Award, for a total of $735,025.56;

2. Plaintiffs 2MP, MEG GOODMAN and MICHAEL KOSKIE shall recover the prorated value of seventy-six (76) days of club membership, of which value is seven thousand, four hundred ninety-five dollars and eight-nine cents ($7495.89) plus legal interest thereon from October 16, 2006 through the date of the Final Award, which amount was found to be $1,515.60, for a total of $9,011.49;

3. Plaintiffs 2MP, MEG GOODMAN and MICHAEL KOSKIE were found to be the prevailing parties. Plaintiffs 2MP, MEG GOODMAN and MICHAEL KOSKIE shall be awarded attorneys' fees of $173,191.02 and costs of $34,923.90 for a total of $208,114.92.

4. Plaintiff 2MP, MEG GOODMAN and MICHAEL KOSKIE are entitled to prejudgment interest on the Final Award at the legal rate in the amount of $12,536.67 from the date of such Award to the date of this judgment;

## FINAL JUDGMENT

Plaintiffs 2MP, MEG GOODMAN and MICHAEL KOSKIE are entitled to a judgment of damages in the amount of $627,495.89, preaward interest in the amount of $116,541.16, fees and costs in the amount of $208,114.92, and prejudgment interest at the legal rate in the amount of $12,536.67 from the date of the award until judgment, which Defendant SOLSTICE shall pay to Plaintiffs 2MP, MEG GOODMAN and MICHAEL KOSKIE.

Freund & Brackey LLP
427 North Camden Drive
Beverly Hills, CA 90210

[PROPOSED] JUDGMENT

1  It is FURTHER ORDERED as follows:
2         //
3         //
4         //
5         //

7  SO ORDERED.

12  Dated: 1/23/09

The Honorable Jeremy Fogel
United States District Court Judge